904 F.2d 606
 UNITED STATES of America, Plaintiff-Appellee,
v.
John Jairo ARIAS, Defendant-Appellant.
 No. 89-6138.
 United States Court of Appeals,
Eleventh Circuit.
 June 27, 1990.
 
 Stewart G. Abrams, Asst. Federal Public Defender, Miami, Fla., for defendant-appellant.
 Dexter W. Lehtinen, U.S. Atty., Terry L. Lindsey, Mayra R. Lichter, Linda Collins Hertz, Asst. U.S. Attys., Miami, Fla., for plaintiff-appellee.
 Appeal from the United States District Court for the Southern District of Florida; Davis, Judge.
 Before TJOFLAT, Chief Judge, JOHNSON and EDMONDSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 This appeal is controlled by United States v. Meros, 866 F.2d 1304, 1311 (11th Cir.1989).
 
 
 2
 AFFIRMED.